**In re the Marriage of: Clayton R. CHISM, Respondent,**

v.

**Ida CHISM, Appellant.**

**No. 45711.**

Missouri Court of Appeals,
Eastern District,
Division Three.

April 12, 1983.

Motion For Rehearing and/or Transfer to Supreme Court Denied May 13, 1983.

Harold L. Whitfield, St. Louis, for appellant.

James Steitz, St. Louis, for respondent.

### ORDER

PER CURIAM.

This is an appeal from a dissolution of marriage.

The judgment of the trial court is affirmed. Rule 84.16(b).